# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:25-M -01778(1) |
| | § |
| (1) Edgar Ricardo Santiago-Francisco | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 03, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title    **8**    United States Code, Section(s)    **1325(a)(1)** .

I further state that I am a(n) **Border Patrol Agent, GRACIA, HECTOR** and that this complaint is based on the following facts: "On or about May 02, 2025 , the defendant, Edgar Ricardo SANTIAGO-Francisco, an alien who is a native and citizen of Mexico , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

Sworn to before me and subscribed in my presence,      /s/ GRACIA, HECTOR
Signature of Complainant
GRACIA, HECTOR
Border Patrol Agent

05/05/2025      at    DEL RIO, Texas
File Date                                                        City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE             Signature of Judicial Officer